An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

DAISY TRUST,
Appellant,
vs.
THE COOPER CASTLE LAW FIRM,
LLP,
Respondent.

No. 65430

**FILED**

MAY 19 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Appellant has moved to voluntarily dismiss this appeal, asserting that it is moot because the parties have stipulated to the relief sought herein. Accordingly, the motion is granted, with the parties to bear their own fees and costs, NRAP 42(b), and we

ORDER this appeal DISMISSED.

_____, C.J.

cc:    Hon. Valorie J. Vega, District Judge
       Law Offices of Michael F. Bohn, Ltd.
       The Castle Law Group, LLP
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

14-16153